# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHELE BAILEY,<br><br>        Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 1:15-cv-01075-TCB |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michele Bailey, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Gentiva Health Services, Inc.

June 23, 2015

Respectfully submitted,

By:/s/ *Christine E. Webber*
CHRISTINE E. WEBBER

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Christine E. Webber
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600
cwebber@cohenmilstein.com

2013270.1

        **BARRETT & FARAHANY, LLP**
Amanda A. Farahany
1100 Peachtree Street, NE
Suite 500
Atlanta, GA 30309
404-214-0120
amanda@bf-llp.com

*Counsel for Plaintiff*

2013270.1

## CERTIFICATE OF SERVICE

I do hereby certify that on June 23, 2015, I caused the foregoing *NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

Respectfully submitted,

By:*/s/ Christine E. Webber*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Christine E. Webber
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600

1